# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | |
|---|---|
| **JAMES L. MESHBERGER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 1:24-cv-371-HAB-SLC |
| | ) |
| **TRACY WRIGHT and S&L** | ) |
| **ENTERPRISES I, LLC** | ) |
| | ) |
| **Defendants,** | ) |
| | ) |

## OPINION AND ORDER

Plaintiff, proceeding pro se, was granted until November 12, 2024, to file a supplemental jurisdictional statement with this Court that adequately articulates each party's citizenship and establishes complete diversity. (ECF No. 11). Plaintiff was cautioned that if he did not do so, the case would be dismissed for the reasons outlined in this Court's Order (*Id.*). The deadline has passed and Plaintiff did not file a supplemental jurisdictional statement.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on November 14, 2024.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT